```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, CA 94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiff
 6
 7              UNITED STATES DISTRICT COURT
 8              NORTHER DISTRICT OF CALIFORNIA
 9
10  MARY SMITH,                 ) CASE NO. C 06 1009 JSW
                                )
11          Plaintiff,          ) Before the Honorable JEFFREY S. WHITE
                                )
12      v.                      ) [PROPOSED] ORDER VACATING
                                ) AND/OR CONTINUING CASE
13  ELI LILLY AND COMPANY,      ) MANAGEMENT CONFERENCE
                                )
14          Defendants.         )
                                ) Conference Date:  June 30, 2006
15                              ) Conference Time:  1:30 PM
                                ) Location:         Courtroom 2, 17TH Floor
16                              )                   SAN FRANCISCO
                                )
17                              )
```

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 30, 2006 Case Management Conference ("CMC") to _December 8, 2006_ at _1:30 p.m_. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order. Plaintiff is HEREBY ORDERED to serve Defendants by no later than 120 days of the date of this order.

**IT IS SO ORDERED.**

DATED: _June 19, 2006_

*[signature: Jeffrey S. White]*

Honorable JEFFREY S. WHITE
United States District Court Judge

- 3 -   [PROPOSED] ORDER